UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KRISTA JONES,

    Plaintiff,

v.

    CASE NO. 2:19-CV-254

    HON. ROBERT J. JONKER

INTERLAKE STEAMSHIP COMPANY and
MARINE ENGINEERS BENEFICIAL
ASSOCIATION DISTRICT #1-PCD,

    Defendant.
_____/

## ORDER

Pursuant to the Consent Motion to Voluntarily Dismiss filed March 27, 2020 (ECF No. 16), this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

Date:   March 30, 2020               /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE